■ SOLOW MANAGEMENT CORPORATION, Appellant, v. NICHOLAS BACHKO, Respondent.— Order, Appellate Term of the Supreme Court, First Judicial Department, entered on January 12, 1971, affirmed on the *Per Curiam* opinion of Appellate Term. [66 Misc 2d 233.] Respondent shall recover of appellant

$50 costs and disbursements of this appeal. No opinion. Concur — Markewich, J. P., Kupferman, Steuer and Macken, JJ.; Murphy, J., dissents and votes to reverse on the dissenting memorandum of Quinn, J., of Appellate Term.